```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14634
   JUNE H HART
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-4193
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/08/06 and confirmed on 01/19/07.

2. The plan is paid in full.

3. The Debtor paid a total of $  7020.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 758.44 | .00 | 758.44 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 1712.42 | .00 | 1712.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1601.68 | .00 | 1601.68 |
| SHORT TERM LOANS LLC | UNSECURED | 1756.96 | .00 | 1756.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 441.79 | .00 | 441.79 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 6271.29 | .00 | 6271.29 |
| PRINCIPAL PAID | .00 | .00 | 6271.29 | .00 | 6271.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 6271.29 | .00 | 6271.29 |

The Debtor's attorney, GREGORY J MARTUCCI           , was allowed $   431.11 and was paid $    431.11 .

The Trustee received $    311.91 .

Refunds to the Debtor totaled $      5.69 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/20/09                        /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
     CASE NO. 06 B 14634 JUNE H HART
```